2016 JAN 19 AM 10: 05



# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

STATE OF WASHINGTON, )
)
    Respondent, )
)
  v. )
)
ISAIAH BARRE, )
)
    Appellant. )
_____ )

No. 73412-1-I

UNPUBLISHED OPINION

FILED: JAN 1 9 2016

PER CURIAM — Isaiah Barre appeals from the sentence imposed following his guilty plea to one count of vehicle prowling in the second degree. He contends, and the State of Washington concedes, that the trial court denied his request for a deferred sentence based on an erroneous legal standard. We accept the State's concession and remand for resentencing.

Remanded.

FOR THE COURT: